**\*E-FILED\***
**September 2, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN NILSEN,<br><br>   Plaintiff,<br><br>v.<br><br>GOOD SAMARITAN HOSPITAL HEALTHCARE CORPORATION, et al.,<br><br>   Defendants. | No. C 05-00528 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **November 30, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 7, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: September 2, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Kevin B. Kevorkian, Esq.
Email: kbk@aandklaw.com

**Counsel for Defendant(s)**

Neda N. Dal Cielo, Esq.
Email: ndalcielo@littler.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 2, 2005

                     /s/ BAK
                     Chambers of Magistrate Judge Richard Seeborg