```
Michael G. Ackerman, Esq. (SBN 64997)
Kevin B. Kevorkian, Esq. (SBN 130242)
ACKERMAN AND KEVORKIAN
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800
```

*E-FILED 9/19/05*

Attorneys for Plaintiff
Susan Nilsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSAN NILSEN,<br><br>              Plaintiff,<br><br>vs.<br><br>GOOD SAMARITAN HOSPITAL,<br>HEALTHCARE CORPORATION OF<br>AMERICA, and DOES 1-10 inclusive<br><br>              Defendants. | Case No.: C05-00528 RS<br><br>**STIPULATION TO DISMISS**<br>AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: September 06, 2005                    ACKERMAN AND KEVORKIAN

                                             By: _____
                                                KEVIN B. KEVORKIAN, ESQ.
                                                Attorneys for Plaintiff, Susan Nilsen.

DATED: September 16, 2005                    LITTLER MENDELSON

                                             By: _____
                                                NEDA N. DAL CIELO, ESQ.
                                                Attorney for Defendant, Good Samaritan
                                                Hospital, HCA, Inc.

- 1 -

STIPULATION TO DISMISS                                        Case No.: C05-00528 RS

# ORDER PURSUANT TO STIPULATION

Upon reading the stipulation between the parties and good cause showing, it is hereby ordered and adjudged that this matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: 9/19/05

/s/ Richard Seeborg
HONORABLE RICHARD SEEBORG
United States Magistrate Judge

C:\MyDocs\Nilsen\Stip.2Dismiss.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28